# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3612
Lower Tribunal No. 20-CA-006616

_____

MILES GARNER,

Appellant,

v.

MARLIN CONSTRUCTION GROUP, LLC,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

March 7, 2025

PER CURIAM.

Miles Garner appeals the entry of final summary judgment in favor of Marlin Construction Group, LLC ("Marlin"), on his complaint to recover unpaid commissions for the sale of Marlin's roofing services. Based on our recent decisions in *Marlin Construction Group, LLC v. Bollinger*, No. 6D23-810, 2024 WL 1432150 (Fla. 6th DCA Apr. 3, 2024), and *Forrey v. Marlin Construction Group, LLC*, No. 6D23-1051, 2024 WL 2490073 (Fla. 6th DCA May 24, 2024), we reverse the entry of final summary judgment in favor of Marlin and remand this case for further proceedings consistent with our opinion in *Bollinger*.

REVERSED and REMANDED with instructions.

STARGEL and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.

Celene Humphries, of Celene Humphries, PLLC, Spring City, Tennessee, and Angeli Murthy and Allison M. Rattet of Morgan & Morgan, P.A., Plantation, for Appellant.

Jack C. Morgan, III, and Scott J. Hertz, of Aloia Roland Lubell & Morgan, Fort Myers, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED